# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| SARAH LAWSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09CV00022 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| COMMISSIONER OF ) | By: James P. Jones |
| SOCIAL SECURITY, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed April 5, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: April 26, 2010
/S/ JAMES P. JONES

Chief United States District Judge